**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| PATRICIA COURTWAY, and<br>CLINTON COURTWAY,<br><br>    Plaintiffs,<br><br>v.<br><br>TERUMO CARDIOVASCULAR<br>SYSTEMS CORPORATION,<br><br><br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)    Case No. 4:18-cv-01167-HEA<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SETTLEMENT**

Plaintiffs Patricia Courtway and Clinton Courtway and Defendant Terumo Cardiovascular Systems Corp. (collectively, the "Parties"), pursuant to the Court's Order to notify the Court of the propriety of alternative dispute resolution, hereby advise the Court that the Parties have amicably resolved this matter.

Respectfully submitted,

 /s/  Carrie Brous
Carrie Mulholland Brous   MO # 44920
BROUS LAW LLC
3965 W. 83rd Street, #115
Prairie Village, KS  66208
Telephone:   (913) 209-8596
cbrous@brouslaw.com

Lon Walters   MO # 44321
WALTERS LAW FIRM, LLC
23A East 3rd Street
Kansas City, MO  64106
Telephone:   (816) 472-1400
Facsimile:   (816) 472-4433

**ATTORNEYS FOR PLAINTIFFS**

    /s/  *Kara T. Stubbs*
Kara T. Stubbs          MO # 43414
BAKER STERCHI COWDEN & RICE LLC
2400 Pershing Road, Suite 500
Kansas City, MO  64108
Telephone:    (816) 471-2121
Facsimile:    (816) 472-0288
stubbs@bscr-law.com

Terrence O'Toole, Jr.    MO # 60446
BAKER STERCHI COWDEN & RICE LLC
100 N. Broadway, 21st Floor
St. Louis, MO  63102
Telephone:    (314) 345-5000
Facsimile:    (314) 345-5055
totoole@bscr-law.com

Beth S. Rose (Admitted *pro hac vice*)
Charles J. Falletta (Admitted *pro hac vice*)
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, NJ 07102
Telephone:    (973) 643-7000
brose@sillscummis.com
cfalletta@sillscummis.com

**ATTORNEYS FOR DEFENDANT**
**TERUMO CARDIOVASCULAR SYSTEMS**
**CORPORATION**