# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA COURTWAY, and<br>CLINTON COURTWAY,<br><br>    Plaintiffs,<br><br>v.<br><br>TERUMO CORP., TERUMO MEDICAL<br>CORPORATION, TERUMO<br>CARDIOVASCULAR SYSTEMS CORP.,<br>and BRIAN MONROE<br><br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:18-cv-01167-HEA |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN**, Plaintiffs Patricia Courtway and Clinton Courtway and Defendants Terumo Corp., Terumo Medical Corporation, and Terumo Cardiovascular Systems Corporation, by and through their counsel of record, that all of Plaintiffs' claims against Terumo Corp., Terumo Medical Corporation, and Terumo Cardiovascular Systems Corporation are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party is to bear its own costs.

Dated:  December 19, 2019

/s/ Carrie Mulholland Brous
Carrie Mulholland Brous # 44920MO
BROUS LAW LLC
3965 West 83rd Street, #115
Prairie Village, KS 66208
Telephone:   (913) 209-8596
cbrous@brouslaw.com


/s/ Lon Walters
Lon Walters    # 44321MO
WALTERS LAW FIRM, LLC
23A East 3rd Street
Kansas City, MO 64106
Telephone:    (816) 472-1400
Facsimile:    (816) 472-4433
lwalters@walterslaw.com

**ATTORNEYS FOR PLAINTIFFS PATRICIA COURTWAY and CLINTON COURTWAY**

/s/ Kara T. Stubbs
Kara T. Stubbs         # 43414MO
BAKER STERCHI COWDEN & RICE LLC
2400 Pershing Road, Suite 500
Kansas City, MO  64108
Telephone:    (816) 471-2121
Facsimile:    (816) 472-0288
stubbs@bscr-law.com

Terrence O'Toole       # 60446MO
BAKER STERCHI COWDEN & RICE LLC
100 N. Broadway, 21st Floor
St. Louis, MO  63102
Telephone:    (314) 345-5000
Facsimile:    (314) 345-5055
totoole@bscr-law.cim

Beth S. Rose (Admitted *pro hac vice*)
Charles J. Falletta (Admitted *pro hac vice*)
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, NJ 07102
Telephone:    (973) 643-7000
brose@sillscummis.com
cfalleta@sillscummis.com

**TERUMO CORPORATION, TERUMO MEDICAL CORPORATION, and TERUMO CARDIOVASCULAR SYSTEMS CORP.**